```
Jamie Akuna
3019 Ala Ilima St, #301
Honolulu, HI 96818

Ofc Rcvy Svc
Po Box 45033
Salt Lake City, UT 84145
```